IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY J. EDWARDS                                                          PLAINTIFF

v.                              No. 4:21-cv-585-DPM

KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration                                                            DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011); *Haley v. Massanari*, 258 F.3d 742, 749–50 (8th Cir. 2001).

So Ordered.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2022