# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LARRY J. EDWARDS                                                   PLAINTIFF

v.                      No. 4:21-cv-585-DPM

KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration                                             DEFENDANT

## JUDGMENT

Edwards' complaint is dismissed with prejudice. The Commissioner's decision is affirmed.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2022